

## Appino & Biggs Reporting Service, Inc.

*Technology Specialist in Today's Litigation*

**CERTIFICATION OF COSTS INCURRED AND
DISPOSITION OF ORIGINAL TRANSCRIPT**

```
              UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF MISSOURI

VICKIE PFANNENSTIEL,

          Plaintiff,
                                      Case No. 4:16-CV-01030-FJG
     vs.

THE CINCINNATI INSURANCE COMPANY,

          Defendant.
```

I hereby certify that in the deposition of Daniel D. Weed, M.D., taken by Defendant on September 5, 2018, costs were incurred by Appino & Biggs Reporting Service as follows:

Original transcript costs - $203.30

Appino & Biggs Reporting Service, Inc., further certifies that the original of the above-described deposition is being placed in the custody of Ms. Kelsey L. McLean, Counsel for the Defendant.

Witness my hand and seal this 14th day of September, 2018.

_____
Jill Whetter
Certified Court Reporter

cc:    Ms. Kelsey L. McLean                          Job No. 51498

---

800 E. 1st Street, Suite 305　　5111 SW 21st Street　　6420 W. 95th Street, Suite 101
Wichita, KS 67202　　　　　　　　Topeka, KS 66604　　　　Overland Park, KS 66212
316•201•1612　　　　　　　　　　785•273•3063　　　　　　913•383•1131

www.appinobiggs.com